EXHIBIT B

http //www brokersbriefcase com/
Google
brokersBriefcase :: Search
brokersBriefcase
Our Team
Partners
About us
New Search
Email:
Password:
Remember Me
Register | Forgot Password?
Search
search type
by details
cities
Abbeville
Acworth
Adairsville
Adel
Adrian
Ailey
property types
Condos / Townhomes
Land
Commercial
Multi Unit
Rental
bedrooms
no preference
full baths
no preference
year range
no min
no max
matches per page
10
price range (USD)
$150 000
$200 000
thumbnail photos
Yes
sort order
Price
Display search results on the map
News
Cutting-Edge Technology
We will be honored to create for you a professional website that utilizes
22 48 31 07/10/2007
brokersBriefcase features
brokers Briefcase comes with all the best IT features found, plus it provides
22 47 09 07/10/2007
Internships
We are looking for talented undergraduates who want to broaden their career
22 44 25 07/10/2007