FILED IN CLERK'S OFFICE
U S D C Atlanta

MAR 24 2008

JAMES N HATTEN, CLERK
By: 
Deputy Clerk

# ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Zywave, Inc., )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>Alicia Moran a/k/a Alice Abdullaeva, )<br>a/k/a Alisa Abdullaeva, Sergei )<br>Millian, Millian Group, Inc., and )<br>www.brokersbriefcase.com )<br>)<br>Defendants. )<br>_____ ) | Civil Action<br>File No.: **1 08-CV-1172** |

TCB

## PLAINTIFF ZYWAVE, INC.S'
## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, Zywave, Inc., hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a) and LR 3.3, NDGa.:

(1) The undersigned counsel of record for the Plaintiff in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a Plaintiff:

**Plaintiff:**

Zywave, Inc. is a privately owned corporation.

**Defendants:**

a. Alicia Moran a/k/a Alice Abdullaeva a/k/a Alisa Abdullaeva

b. Sergei Millian

c. Millian Group, Inc.

d. www.brokersbriefcase.com

Note: The undersigned is not privy to the identity of all the shareholders of the corporate defendants.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a. Plaintiff Zywave, Inc.;

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff:**

a. Lead counsel, David G. Hanson and Robert S. Jones of the firm Reinhart Boerner Van Deuren s.c., pro hac vice applications pending, 1000 North Water Street, Suite 2100, Milwaukee, WI 53202, (414) 298-1000 and

b. William C. Buhay of the firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, local counsel, One Atlanta Plaza – Suite 3000, 950 East Paces Ferry Road, Atlanta, GA 30326, (404) 876-2700.

Submitted this 24th day of March, 2008,

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ William C. Buhay*

William C. Buhay
Georgia Bar No. 093940
One Atlanta Plaza – Suite 3000
950 East Paces Ferry Road
Atlanta, GA 30326
Ph. 404-876-2700
wbuhay@wwhgd.com

and by:

**REINHART BOERNER
VAN DEUREN s.c.**

David G. Hanson
Robert S. Jones
Pro Hac Vice Applications Pending
Attorneys for Plaintiff
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
Telephone: (414) 298-1000
dhanson@reinhartlaw.com
rjones@reinhartlaw.com

*Attorneys for Plaintiff Zywave, Inc.*

## **CERTIFICATE OF FONT COMPLIANCE**

I certify that the CERTIFICATE OF INTERESTED PERSON AND CORPORATE DISCLOSURES has been prepared with Times New Roman 14 approved by the Court in LR 5.1(B).

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

William C. Buhay
Georgia Bar No. 093940
One Atlanta Plaza – suite 1000
950 East Paces Ferry Road
Atlanta, GA 30326
Ph. 404-876-2700
wbuhay@wwhgd.com
*Attorney for Plaintiff*