AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NOTHERN  District of  GEORGIA

ZYWAVE, INC.

**SUMMONS IN A CIVIL ACTION**

V.

SERGEI MILLIAN

CASE NUMBER:

**1:08-CV-1172 TCB**

TO: (Name and address of Defendant)

SERGEI MILLIAN
970 Sidney Marcus Blvd., Suite 1504
Fulton County
Atlanta, GA 30324

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William C. Buhay, Esq.
Weinberg, Wheeler,
 Hudgins, Gunn & Dial, LLC
One Atlanta Plaza - Suite 3000
950 East Paces Ferry Rd.
Atlanta, GA 30326

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN

CLERK

(By) DEPUTY CLERK

25 MAR 2008

DATE

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NOTHERN__ District of __GEORGIA__

ZYWAVE, INC.

**SUMMONS IN A CIVIL ACTION**

V.

MILLIAN GROUP, INC.

CASE NUMBER:

**1:08-CV-1172 TCE**

TO: (Name and address of Defendant)

MILLIAN GROUP, INC.
C/O REGISTERED AGENT SIARHEI KUKUTS
970 Sidney Marcus Blvd., Suite 1504
Fulton County
Atlanta, GA 30324

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William C. Buhay, Esq.
Weinberg, Wheeler,
 Hudgins, Gunn & Dial, LLC
One Atlanta Plaza - Suite 3000
950 East Paces Ferry Rd.
Atlanta, GA 30326

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

25 MAR 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NOTHERN District of GEORGIA

ZYWAVE, INC.

V.

ALICIA MORAN A/K/A ALICE ABDULLAEVA
A/K/A ALISA ABDULLAEVA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

1:08-CV-1172 TCB

TO: (Name and address of Defendant)

ALICIA MORAN A/K/A ALICE ABDULLAEVA
A/K/A ALISA ABDULLAEVA
1921 Stancrest Trace
Cobb County
Atlanta, GA 30152

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William C. Buhay, Esq.
Weinberg, Wheeler,
 Hudgins, Gunn & Dial, LLC
One Atlanta Plaza - Suite 3000
950 East Paces Ferry Rd.
Atlanta, GA 30326

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                              2 5 MAR 2008

CLERK                                                   DATE

(By) DEPUTY CLERK