AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NOTHERN__ District of __GEORGIA__

ZYWAVE, INC.

V.

SERGEI MILLIAN

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

1:08-CV-1172 TCB

TO: (Name and address of Defendant)

SERGEI MILLIAN
970 Sidney Marcus Blvd., Suite 1504
Fulton County
Atlanta, GA 30324

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William C. Buhay, Esq.
Weinberg, Wheeler,
 Hudgins, Gunn & Dial, LLC
One Atlanta Plaza - Suite 3000
950 East Paces Ferry Rd.
Atlanta, GA 30326

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN
CLERK

(By) DEPUTY CLERK

2 5 MAR 2008
DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 27, 2008 at 4:08 PM |
| NAME OF SERVER (PRINT) Katherine Bolling | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☑ Returned unexecuted:

Attempted service of Sergei Millian at 970 Sidney Marcus Blvd., Suite 1504, Atlanta, GA 30324. Subject could not be located.

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/1/2008
             Date                Signature of Server

Legal Ease Attorney Services, Inc.
645 Waldo Street, SE
Atlanta, Georgia  30312  (404) 849-1240
*Address of Server*

**Additional Documents Served:**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.